# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| SIE JOE LANN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-04-4446 |
| | § | |
| DOUGLAS DRETKE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 15th day of September, 2005.

_David Hittner_

_____

DAVID HITTNER

United States District Judge

1